**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO. 3:19CR** 244-FDW |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | **Violations:** |
| **WILLIAM JON PATRIC EBERT** ) | **18 U.S.C. § 2251(a) & (e)** |
| ) | **18 U.S.C. § 2252A(a)(5)(B)** |
| ) | **18 U.S.C. § 2423(a)** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about November 2006 and or about April 2007, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**WILLIAM JON PATRIC EBERT,**

knowingly transported Child Victim 1, an individual who had not attained the age of 18 years, in interstate commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, including 18 U.S.C. §§ 2251 (a) and (e) – Sexual Exploitation of Children; North Carolina Gen. Stat. § 14-178 – Incest; North Carolina Gen. Stat. § 14-190.16 – First Degree Sexual Exploitation of a Minor; North Carolina Gen. Stat. § 14-202.1 – Taking Indecent Liberties with Children; Ohio Rev. Code § 2907.03 – Sexual Battery; Ohio Rev. Code § 2907.04 – Unlawful Sexual Conduct with a Minor; Ohio Rev. Code § 2907.05 – Gross Sexual Imposition; Ohio Rev. Code § 2907.321 – Pandering Obscenity Involving a Minor or Impaired Person; and Ohio Rev. Code § 2907.322 – Pandering Sexually Oriented Matter Involving a Minor or Impaired Person.

In violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO

Between on or about April 2011 to on or about April 2013, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**WILLIAM JON PATRIC EBERT,**

did employ, use, persuade, induce, entice, and coerce Child Victim 1, and did attempt to employ, use, persuade, induce, entice, and coerce Child Victim 1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE

On or about September 22, 2016, in Watauga County, within the Western District of North Carolina, and elsewhere, the defendant,

**WILLIAM JON PATRIC EBERT,**

knowingly possessed and accessed with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

# NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations.

The Grand Jury finds probable cause to believe that the following property that was seized on or about September 22, 2016, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above:

a. One Western Digital 1TB external hard drive.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

A TRUE BILL:

EMILY J. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY