UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-00244-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM JON PATRIC EBERT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte*. Before submission to the jury, Defendant moved, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, for a Judgment of Acquittal. The motion was deferred in open court, and Defendant was ultimately acquitted by the jury on Count One and convicted on Counts Two and Three.

Defendant's Motion for a Judgment of Acquittal is DENIED AS MOOT as to Count One. As to Counts Two and Three, the motion is renewed. The Court hereby ORDERS, *nunc pro tunc*, that Defendant shall have until July 31, 2020 to file a memorandum in support of his motion.[1]

IT IS SO ORDERED.

Signed: July 20, 2020

_____
Frank D. Whitney
United States District Judge

---

[1] This date is set by the requirements of Rule 29(c) of the Federal Rules of Criminal Procedure. See Fed. R. Crim. P. 29(c)(1) (establishing a fourteen-day period from the date of the guilty verdict or after the jury is discharged, whichever is later).

1